UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANDY PIOVESANA,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CHURCH RESIDENCES,<br><br>Defendant. | 2:21-CV-11097-TGB<br><br>ORDER DISMISSING CASE<br><br>HONORABLE<br>TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 16th day of September, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge